

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ROBERT ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>JOHN C. MARSHALL, Warden,<br><br>Respondent. | No. CV-07-1606-GHK (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

    IT IS ORDERED that a Judgment be issued granting the Motion to Dismiss and dismissing the instant Petition as untimely.

    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on Petitioner and counsel for Respondent.

DATED: 5/8/08

GEORGE H. KING
United States District Judge