FILED
CLERK, U.S. DISTRICT COURT

MAY 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ROBERT ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>JOHN C. MARSHALL, Warden,<br><br>Respondent. | No. CV-07-1606-GHK (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered granting the Motion to Dismiss and dismissing the Petition as untimely.

DATED: 5/18/08

_____
GEORGE H. KING
United States District Judge